# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KERTRELL MARQUISE SMITH

NO. 2025 KW 1037

**JANUARY 9, 2026**

---

In Re:     Kertrell Marquise Smith, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 24-MISD-130442.

---

**BEFORE:     MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the motion for sanctions and dismissal with prejudice, the district court's ruling on his motion to enforce, the bill of information, the pertinent court minutes, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4.9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application must be filed on or before March 13, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT